IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Criminal Case. **3:15-CR-519-L(06)** |
| | § | |
| **WILLIE J. ATKINS,** | § | |
| | § | |
| Defendant, | § | |
| | § | |
| And | § | |
| | § | |
| **GUIDESTON FINANCIAL RESOURCES OF THE SOURTHERN BAPTIST CONVENTION,** | § | |
| | § | |
| Garnishee. | § | |

## ORDER

Before the court is the Claim for Exemptions, Request for hearing, and/or Request for Transfer ("Defendant's Motion") (Doc. 502), filed by Defendant Willie J. Atkins ("Defendant") on October 26, 2016; and the Claim for Exemptions, Request for hearing, and/or Request for Transfer (Doc. 540), filed by Defendant's spouse Freeda Atkins on November 6, 2016. On November 4, 2016, Magistrate Judge Irma Carrillo Ramirez entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that Defendant's Motion be denied. No objections were filed to the Report by Defendant.

After considering Defendant's Motion, the record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Defendant's Motion (Doc. 502). The claim for exemptions and request for hearing filed by Defendant's spouse Freeda Atkins fail for

**Order – Page 1**

the same reasons set forth in the Report as to Defendant's Motion. The court, therefore, **denies** Freeda Atkins' Claim for Exemptions, Request for hearing, and/or Request for Transfer (Doc. 540).

**It is so ordered** this 14th day of December, 2016.

_____
Sam A. Lindsay
United States District Judge